UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSUE CHARLES, SR. | : | NO. 3:03CV967 (MRK) |
| Plaintiff, | : | |
| v. | : | |
| HERITAGE HEIGHTS, ET AL. | : | |
| Defendants. | : | |

## ORDER

According to the record before the Court, the Plaintiff Josue Charles, Sr. filed this action on May 28, 2003 and has not yet served any of the Defendants in this case. Rule 4(m) of the *Federal Rules of Civil Procedure* provides that, "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court . . . on its own initiative, after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant." Accordingly, on December 1, 2003, the Court gave Mr. Charles notice that his case was subject to dismissal for failure to meet the deadlines in this case unless Mr. Charles cured this deficiency or provided an explanation for his failure to do so within twenty (20) days. *See* Notice to Counsel [doc. #7]. More than a year later, Mr. Charles has failed respond in any way to the Court's order. Therefore, Mr. Charles' case is DISMISSED without prejudice. **The Clerk is directed to close the file**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Court

**Dated at New Haven, Connecticut: February 4, 2005.**